Eliza HILL, Appellant, v. STATE of
Texas, Appellee.

No. 22832.

Court of Criminal Appeals of Texas.

Feb. 16, 1944.

Russell F. Wolters, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder with malice, and her punishment assessed at ten years' confinement in the State Penitentiary.

Since the filing of the record in this court, the appellant has presented a written motion, duly verified, stating that she no longer desires to prosecute the appeal and requesting that the same be dismissed. The motion is granted and the appeal is dismissed.